UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-4242-GW-MARx | Date | November 17, 2022 |
|---|---|---|---|
| Title | *EP Family Corp. v. Changzhou Win Up Time Tech. Co., Ltd., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie E. Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Edward Lu | None Present | |

**PROCEEDINGS:** **PLAINTIFF'S MOTION FOR EMAIL ALTERNATIVE SERVICE OF PROCESS [14]**

The Court's Tentative Ruling on Plaintiff's Motion [14] was issued on November 15, 2022 [16]. Court confers with Plaintiff's counsel. Based on the Tentative Ruling, and for reasons stated on the record, Plaintiff's Motion is GRANTED. Plaintiff is to submit a proposed order forthwith.

: 02

Initials of Preparer   JG