Lei Mei (State Bar No. 240104)
mei@meimark.com
MEI & MARK LLP
818 18th Street NW, Suite 410
Washington, DC 20006
Telephone: 888-860-5678
Facsimile: 888-706-1173

Attorney for Defendants
Hangzhou Taihe Trading Co., Ltd. and
Ningbo Likeju Trading Co., Ltd.

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EP FAMILY CORP., a California corporation<br><br>    Plaintiff,<br><br>v.<br><br>CHANGZHOU WIN UP TIME TECHNOLOGY CO. LTD, et al.,<br><br>    Defendants. | Case No.: CV 22-04242-GW-MARx<br><br>**DECLARATION OF LEI MEI IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING ATTORNEY FEES**<br><br>Judge: Hon. George H. Wu |

I, Lei Mei, declare as follows.

1.      I am an attorney at law licensed to practice law in the State of California, and I am an attorney at the law firm of Mei & Mark, LLP, counsel for Defendants Hangzhou Taihe Trading Co., Ltd. and Ningbo Likeju Trading Co., Ltd. in this action. I submit this declaration in support of Defendants' Supplemental Brief Regarding Attorney Fees. I have personal knowledge of the facts recited below, they are true and correct, and if called as a witness, I could and would testify competently as to them as follows:

2.      I am lead counsel for this matter. My hourly billing rate is $700.00. The primary attorney working on this matter was Guang-Yu Zhu. His billing rate

1   is $600.00.  In addition, P. Andrew Riley (partner, billing rate $700.00), Manni Li (attorney, billing rate $660.00), and Rob Hall (attorney, billing rate $600.00) also assisted me on this matter.

3.   I received a J.D., *magna cum laude*, from Duke University in 2008 where I was inducted into the Order of the Coif.  I hold a Master of Computer Engineering and Physics from the Florida Atlantic University as well as a Bachelor of Physics from Jilin University.

4.   I am a founder and have been named partner at Mei & Mark LLP since its inception in 2009.  Mei & Mark LLP specializes in patent and other intellectual property litigation.  Before this, I was an associate at Finnegan, Henderson, Farabow, Garrett & Dunner ("Finnegan") LLP from 2005 to 2009.  At Finnegan, I also practiced patent and intellectual property litigation.

5.   I am a member of the bars of the State of California and District of Columbia.  I am admitted to practice before various federal courts including this Court.

6.   Since I began my career, my work has focused on patent and intellectual property matters, with a focus on patent litigation and patent cases.  I have practiced intellectual property law for over 19 years.  According to statistics on Docket Navigator, a legal docket research site, I have been involved in nearly 100 patent cases during my career.  In addition, I was recognized as a Super Lawyer since 2018.  A representative sample of cases I have worked on is available at www.meimark.com/lei-mei, which includes a list of 40 matters before the International Trade Commission, over 30 district court litigations, and over 20 appeals.

7.   My partner P Andrew Riley received his J.D. from the College of William and Mary School of Law in 2003.  He also holds a Master of Business Administration from the College of William and Mary as well as a Bachelor of

Mechanical Engineering from Boston University.  Mr. Riley has worked with me as a partner at Mei & Mark since 2017 and serves as the head of our litigation practice.  According to statistics on Docket Navigator, he has been involved in nearly 100 patent cases.  Mr. Riley also currently serves as the Secretary for the Executive Committee of the International Trade Commission Trial Lawyers Association and the Chair of the Board of Governors of Virginia State Bar Intellectual Property Section.

8. My associate Guang-Yu Zhu received his J.D. from Cornell University Law School in 2012 where he graduated *magna cum laude* and was also inducted into the Order of the Coif.  Before that, he studied at the Cooper Union where he received a Bachelor of Electrical Engineering.  Mr. Zhu has focused his career on patent and intellectual property litigation since 2014.  According to statistics on Docket Navigator, he has been involved in over 70 patent cases including numerous IPR matters.  Before joining Mei & Mark in 2020, Mr. Zhu worked at Finnegan.  Mr. Zhu is registered to practice before the United States Patent and Trademark Office and is also a member of the Bar of the State of Maryland and the District of Columbia.  He is also admitted to practice before the Federal Circuit.

9. My partner Manni Li received her J.D. from the George Washington University School of Law in 2003.  She holds a Bachelor and Master of Biology respectively from the University of Science & Technology of China and the University of Virginia.  Ms. Li focuses her practice on intellectual property counselling and patent prosecution and assists in patent litigation.  She is a member of the Bar of the State of California, the District of Columbia, and Maryland.  Ms. Li is also admitted to practice before the United States Patent and Trademark Office, the Federal Circuit, and the Ninth Circuit, among other jurisdictions.

1        10.     My associate Robert Hall received his J.D. from the George Mason University School of Law in 2006. He holds a Master of Information Science from the University of North Carolina at Chapel Hill and a Bachelor of Computer Science from Pennsylvania State University. According to statistics on Docket Navigator, he has been involved in over 30 patent cases. Mr. Hall focuses his practice on intellectual property litigation and, in particular, has extensive experience in discovery matters.

        11.     To minimize fees, the majority of work on this matter was assigned to Mr. Zhu, who has a relatively low billing rate at Mei & Mark. I initially assigned only one associate to minimize fees. As the case progressed, I brought in Mr. Hall, who has extensive experience in discovery matters, to assist with preparing discovery requests. I also occasionally consulted with my partner, Mr. Riley, who assisted in reviewing a few of our briefs. As shown in our billing records, the majority of work through case dismissal was performed by Mr. Zhu, Mr. Hall, and myself.

        12.     Finally, I asked Ms. Li to attend the hearing regarding the present fee motion. Ms. Li is based in California and was well-situated to attend the hearing, which was held in person. This resulted in a reduction in fees/costs associated with travel and other expenses that would have resulted from travelling from the East Coast.

        13.     Based on my extensive experience handling patent litigation matters, the rates charged by Mei & Mark are well withing the range of hourly rates charged by attorneys with similar levels of experience practicing in the area of patent law in California.

        14.     Attached hereto and incorporated by reference as **Exhibit 1** is a true and correct copy from redacted time entries in connection with the above-

DECLARATION OF LEI MEI ISO DEFS' SUPP. BRIEF RE: FEES

1  referenced litigation.  The time entries have been redacted for privileged
2  information, which is unnecessary for evaluating the time spent.

3    15. In connection with the pending motion, I re-reviewed each time entry. I have removed time entries associated with work for the *inter partes* review of the patent involved in this litigation as well as those associated with administrative tasks. I note that a few entries refer to the IPR and that those entries involve work for the above-referenced litigation that also happens to benefit the IPR proceeding, such as work in connection with analyzing invalidity.

  16. Attached hereto and incorporated by reference as **Exhibit 2** is a true and correct copy of the Customer Balance Details from our accounting software for Defendants from January 2023 through September 2024. As shown in Exhibit 2, Mei & Mark had billed Defendants for over $262,000 in total, representing fees and costs for both the present litigation (before the present fee motion) and for the *inter partes* review proceeding. Each of Mei & Mark's invoices have been paid in full.

  17. Attached hereto and incorporated by reference as **Exhibit 3** is a true and correct copy of an excerpted copy of the AIPLA 2023 Report of the Economic Survey.

  18. Attached hereto and incorporated by reference as **Exhibit 4** is a true and correct copy of the email service regarding Defendants' first sets of interrogatories, requests for production, and requests for admissions to Plaintiff.

  19. Attached hereto and incorporated by reference as **Exhibit 5** is a true and correct copy of the email request for a meet-and-confer regarding Defendants' motion for an order regarding claim construction and summary judgment of noninfringement.

  20. The time entries and invoices reflect time records that were contemporaneously maintained. They also accurately reflect the work performed

by each person referenced therein.  As a matter of policy, I require Mei & Mark's attorneys to maintain contemporaneous time records for their client work. Moreover, the clients here are billed on a monthly basis.

21. In my opinion, the attorneys' fees here for the litigation, totaling $88,838, fairly reflects the fees incurred by Defendants.  In my experience, the amount of fees here is quite modest for litigation through near the end of fact discovery.

22. The fees sought here do not include fees and costs associated with the IPR, which have been paid and total over $200,000.

23. The work associated with the present fee motion was performed on a contingency arrangement.  The details of this arrangement are not relevant here. *See Roush v. Berosini,* 66 F. App'x 725, 726 (9th Cir. 2003).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this day, January 31, 2025 in McLean, Virginia.

By: */s/ Lei Mei*
　　　Lei Mei